# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case
Name:**    John Robert Mein Jr


**Case Number:  26−11691−BFK**                    **Date Filed:  July 15, 2026**


The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.


Parties with legal representation **must** file documents in accordance with the following:

1.  The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is ***www.vaeb.uscourts.gov*** and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **<u>unable</u>** to comply with these requirements, **<u>then</u>**

2.  You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **<u>then</u>**

3.  You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**


**Important Note: All parties without legal representation, <u>except</u> governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  July 16, 2026                    Charri S Stewart
[VAN062vJul2025.jsp]                    Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 26-11691-BFK

John Robert Mein, Jr                                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: Admin                          Page 1 of 2
Date Rcvd: Jul 16, 2026                       Form ID: VAN062                       Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Robert Mein, Jr, 5810 Washington Blvd, Arlington, VA 22205-2906 |
| 17112515 | + | Christine G. Maila, 5717 Washington Blvd, Arlington, VA 22205-2920 |
| 17112520 | + | Harry O'Dell, 5810 Washington Blvd, Arlington, VA 22205-2906 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17112511 | + | Email/PDF: bncnotices@becket-lee.com | Jul 17 2026 02:44:51 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 17112512 | + | Email/Text: EBN@brockandscott.com | Jul 17 2026 02:42:00 | Brock & Scott, PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 17112513 | + | Email/Text: bankruptcy@cavps.com | Jul 17 2026 02:43:00 | Cavalry Portfolio Services, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 17112514 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2026 02:44:50 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 17112516 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2026 02:44:52 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 17112519 | | Email/Text: mrdiscen@discover.com | Jul 17 2026 02:42:00 | Discover, PO Box 30954, Salt Lake City, UT 84130 |
| 17112518 | | Email/Text: mrdiscen@discover.com | Jul 17 2026 02:42:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 17112517 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 17 2026 02:45:00 | Dept of Education/Aidvantage, 1600 Tysons Blvd Ste 1400, McLean, VA 22102-4893 |
| 17112521 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2026 02:43:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17112522 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jul 17 2026 02:42:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 17112523 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jul 17 2026 02:42:00 | Tenaglia & Hunt, 9211 Corporate Blvd., Suite 130, Rockville, MD 20850-3873 |
| 17112750 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jul 17 2026 02:42:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 17112524 | + | Email/Text: edbknotices@ecmc.org | Jul 17 2026 02:42:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 17112525 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 17 2026 02:42:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 17112526 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jul 17 2026 02:45:02 | Wells Fargo, 101 N Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 17112527 | + | Email/Text: bkfilings@zwickerpc.com | | |

District/off: 0422-9                          User: Admin                                Page 2 of 2

Date Rcvd: Jul 16, 2026                       Form ID: VAN062                            Total Noticed: 19

Jul 17 2026 02:43:00   Zwicker & Associates, 80 Minuteman Road,
Andover, MA 01810-1008

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel M. Press | on behalf of Debtor John Robert Mein Jr dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| Kevin R. McCarthy | krm@mccarthywhite.com kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3