# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   26−11691−BFK
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Robert Mein Jr
5810 Washington Blvd
Arlington, VA 22205

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−7352

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

## NOTICE OF REQUIREMENT TO FILE
## CERTIFICATE OF DEBTOR EDUCATION

    Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete a Certificate of Debtor Education.
    Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a Certificate of Debtor Education must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file a Certificate of Debtor Education within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification may result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Certificate of Debtor Education, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated:   July 16, 2026

(ntcfnmgtvDec2024.jsp)

Charri S Stewart
Clerk of Court

## ATTENTION DEBTORS:
**Receive your court notices and orders by mail through the DeBN program.**
**Same−day delivery. Convenient Access. Free.**
**Go to *www.vaeb.uscourts.gov* for more information and to download the request form.**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 26-11691-BFK

John Robert Mein, Jr                                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Admin | Page 1 of 1 |
| Date Rcvd: Jul 16, 2026 | Form ID: ntcfnm15 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID        Recipient Name and Address**
db         +   John Robert Mein, Jr, 5810 Washington Blvd, Arlington, VA 22205-2906

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor John Robert Mein  Jr dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| Kevin R. McCarthy | krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3