**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

------------------------------------------------------------X

**In re:**                                                  :          **Chapter 7**

                                                            :

**John Robert Mein, Jr**                                    :          **No.  26-11691**

                                                            :

            **Debtor.**                                     :

                                                            :

------------------------------------------------------------X

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.

                        _/s/ Daniel M. Press_____
                        Daniel M. Press, VSB 37123
                        Law Offices of Daniel M. Press
                        201 Washington St.
                        Cumberland MD 21502
                        (703) 725-7600
                        dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, Chapter 7 Trustee and all parties requesting notice by CM/ECF.

 _/s/ Daniel M. Press_____
Daniel M. Press

2