Certificate Number: 06531-VAE-DE-041547752

Bankruptcy Case Number: 26-11691

06531-VAE-DE-041547752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 11, 2026, at 9:59 o'clock PM CDT, John R Mein Jr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: October 11, 2026

By: /s/Kenia Colchado

Name: Kenia Colchado

Title: Credit Counselor