**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | John Robert Mein Jr<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7352 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Virginia | | |
| Case number: | 26–11691–BFK | | |

## Discharge of Debtor

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Robert Mein Jr

October 26, 2026

**For the court:** Charri S Stewart
Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-11691-BFK
John Robert Mein, Jr Chapter 7
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 27, 2026 | Form ID: 318 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Robert Mein, Jr, 5810 Washington Blvd, Arlington, VA 22205-2906 |
| 17112515 | + | Christine G. Maila, 5717 Washington Blvd, Arlington, VA 22205-2920 |
| 17112520 | + | Harry O'Dell, 5810 Washington Blvd, Arlington, VA 22205-2906 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17112511 | + | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 02:11:09 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 17112512 | + | Email/Text: EBN@brockandscott.com | Oct 28 2026 02:24:00 | Brock & Scott, PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 17112513 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2026 02:25:00 | Cavalry Portfolio Services, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 17112514 | + | EDI: JPMORGANCHASE | Oct 28 2026 05:40:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 17112516 | + | EDI: CITICORP | Oct 28 2026 05:40:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 17112519 | | EDI: DISCOVER | Oct 28 2026 05:40:00 | Discover, PO Box 30954, Salt Lake City, UT 84130 |
| 17112518 | | EDI: DISCOVER | Oct 28 2026 05:40:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 17112517 | + | EDI: MAXMSAIDV | Oct 28 2026 05:40:00 | Dept of Education/Aidvantage, 1600 Tysons Blvd Ste 1400, McLean, VA 22102-4893 |
| 17112521 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2026 02:25:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17112522 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Oct 28 2026 02:24:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 17112523 | + | Email/Text: ClericalSupport@tenagliahunt.com | Oct 28 2026 02:24:00 | Tenaglia & Hunt, 9211 Corporate Blvd., Suite 130, Rockville, MD 20850-3873 |
| 17112750 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Oct 28 2026 02:24:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 17112524 | + | Email/Text: edbknotices@ecmc.org | Oct 28 2026 02:24:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 17112525 | + | EDI: VERIZONCOMB.COM | Oct 28 2026 05:40:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 17112526 | + | EDI: WFFC2 | Oct 28 2026 05:40:00 | Wells Fargo, 101 N Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 17112527 | + | Email/Text: bkfilings@zwickerpc.com | | |

| | |
|---|---|
| Oct 28 2026 02:25:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor John Robert Mein Jr dan@danpress.us, pressdm@gmail.com;danpress@recap.email |
| Kevin R. McCarthy | krm@mccarthywhite.com kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3